# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Matthew Gyenes,

**Debtor 1**

Chapter 13

Case No. 1:21−bk−01634−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 12, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 26, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Scott Matthew Gyenes
**Debtor 1**

**Chapter** 13

**Case No.** 1:21-BK-01634-HWV

**Matter:** Order Confirming Amended Chapter 13 Plan

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 1, 2021, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:21-bk-01634-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Oct 12 16:09:55 EDT 2021 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | CBNA / Best Buy<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 *(DUPLICATE)* | Discover Financial Services, LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 |
| Scott Matthew Gyenes<br>9 Ewell Drive<br>East Berlin, PA 17316-9307 | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | M&T Bank<br>Attn: Legal Document Processing<br>626 Commerce Drive<br>Amherst, NY 14228-2391 *(DUPLICATE)* |
| Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 *(ELECTRONIC)* | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 *(ELECTRONIC)* | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 *(DUPLICATE)* | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 *(ELECTRONIC)* |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 *(DUPLICATE)* | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 *(DUPLICATE)* | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 *(ELECTRONIC)* |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 *(DUPLICATE)* | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 *(ELECTRONIC)* |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>PO Box 1847<br>Wilson, NC 27894-1847 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients   20
Bypassed recipients    1
Total                 21